```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cv. No. 10-2082-STA-tmp |
| | Cr. No. 06-20146-1-JDB |
| BILLY JOE LIGGONS, | |
| Defendant. | |

### ORDER DIRECTING UNITED STATES TO RESPOND

On February 3, 2010, Defendant Billy Joe Liggons, Bureau of Prisons inmate registration number 20862-076, an inmate at the United States Penitentiary in Atlanta, Georgia, filed a <u>pro</u> <u>se</u> motion pursuant to 28 U.S.C. § 2255.

IT IS ORDERED that the United States file a response to the motion within twenty-three (23) days from the date of this order. The government may, if it chooses, limit its response to the first issue raised in Defendant's motion, that defense counsel rendered ineffective assistance by failing to file a notice of appeal.

IT IS SO ORDERED this 29th day of June, 2010.

**S/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE